| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar No. 074414) |
| 2 | THOMAS E. FRANKOVICH,<br>***A PROFESSIONAL LAW CORPORATION*** |
| 3 | 4328 Redwood Hwy., Suite 300<br>San Rafael, CA 94903 |
| 4 | Telephone:    415/674-8600<br>Facsimile:     415/674-9900 |
| 5 | Attorneys for Plaintiffs |
| 6 | LES JANKEY<br>and DISABILITY RIGHTS |
| 7 | ENFORCEMENT, EDUCATION,<br>SERVICES: HELPING YOU |
| 8 | HELP OTHERS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| | LES JANKEY, an individual; and<br>DISABILITY RIGHTS, ENFORCEMENT,<br>EDUCATION, SERVICES: HELPING<br>YOU HELP OTHERS, a California public<br>benefit corporation,<br><br>            Plaintiffs,<br><br>v.<br><br><br>SILVER SPUR, DENNIS LEE ADAMS;<br>BEBE SUE ADAMS; and GEORGE K.<br>SHAMIEH and KATHRYN SHAMIEH<br>CO-TRUSTEES of THE FAMILY TRUST<br>DATED 01/15/1994 ,<br><br>            Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **CASE NO.  CV-09-1450-PJH**<br><br>**STIPULATION AND [P**~~ROPOSE~~**D]<br>ORDER EXTENDING TIME FOR<br>DEFENDANTS KATHRYN SHAMIEH<br>CO-TRUSTEE OF THE FAMILY<br>TRUST DATED 01/15/1994 AND BEBE<br>SUE ADAMS TO RESPOND TO<br>COMPLAINT**; and **NOTICE OF<br>VOLUNTARY DISMISSAL OF<br>DEFENDANTS GEORGE K.<br>SHAMIEH, CO–TRUSTEE OF THE<br>FAMILY TRUST DATED 01/15/1994<br>AND DENNIS LEE ADAMS** |

Plaintiffs LES JANKEY, an individual and DISABILITY RIGHTS, ENFORCEMENT,

EDUCATION, SERVICES: HELPING YOU HELP OTHERS ("DREES"), and Defendants

KATHRYN SHAMIEH CO-TRUSTEE OF THE FAMILY TRUST DATED 01/15/1994 and

BEBE SUE ADAMS, by and through their respective counsel, respectfully request and make the

following stipulation:

///

///

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**; and
**NOTICE OF VOLUNTARY DISMISSAL**

CV-09-1450-PJH

1. Whereas, defendant KATHRYN SHAMIEH CO-TRUSTEE OF THE FAMILY TRUST DATED 01/15/1994 was personally served with the summons and complaint on May 7, 2009, an answer to the complaint was due on May 27, 2009;

2. Whereas, defendant BEBE SUE ADAMS was sub-served with the summons and complaint on May 12, 2009, an answer to the complaint is due on June 11, 2009;

3. Whereas, defendants KATHRYN SHAMIEH CO-TRUSTEE OF THE FAMILY TRUST DATED 01/15/1994 and BEBE SUE ADAMS requested a 30-day extension to respond to plaintiffs; complaint;

4. Whereas, the parties are currently in negotiation to settle the above-referenced case, and wish to reduce fees, costs and litigation expenses in so doing. The parties need additional time to negotiate the terms;

5. Whereas, the parties believe it would be in the interests of efficiency and economy to extend the deadline for defendants KATHRYN SHAMIEH CO-TRUSTEE OF THE FAMILY TRUST DATED 01/15/1994 and BEBE SUE ADAMS to respond to the complaint, and to allow time to negotiate an agreement;

6. Whereas, defendants KATHRYN SHAMIEH CO-TRUSTEE OF THE FAMILY TRUST DATED 01/15/1994 and BEBE SUE ADAMS further stipulate that defendants will comply with any and all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or any scheduling order issued by this court prior to the date on which defendants' responsive pleading is due; and

7. Whereas, plaintiffs' have agreed to grant a 30-day extension of time for defendants KATHRYN SHAMIEH CO-TRUSTEE OF THE FAMILY TRUST DATED 01/15/1994 and BEBE SUE ADAMS to respond to the complaint.

///
///
///
///
///

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**; and **NOTICE OF VOLUNTARY DISMISSAL**

CV-09-1450-PJH    2

**IT IS STIPULATED:**

That the last day for Defendant KATHRYN SHAMIEH CO-TRUSTEE OF THE FAMILY TRUST DATED 01/15/1994, to respond to the complaint shall be extended up to and including June 26, 2009, and the last day for Defendant BEBE SUE ADAMS, to respond to the complaint shall be extended up to and including July 13, 2009.

Respectfully submitted,

DATED: May 29, 2009

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: _____/S/_____
Thomas E. Frankovich
Attorneys for Plaintiffs LES JANKEY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS

DATED: May 29, 2009

RAMI S. SHAMIEH,
**Shamiyeh & Shamieh Attorneys at Law**

By: _____/S/_____
Attorneys for Defendants DENNIS LEE ADAMS; BEBE SUE ADAMS; and GEORGE K. SHAMIEH and KATHRYN SHAMIEH CO-TRUSTEES of THE FAMILY TRUST DATED 01/15/1994

## ORDER

**IT IS HEREBY ORDERED** that Defendant KATHRYN SHAMIEH CO-TRUSTEE OF THE FAMILY TRUST DATED 01/15/1994 is granted an extension of time to and including June 26, 2009, to answer or otherwise respond to plaintiffs' complaint, and Defendant BEBE SUE ADAMS is granted an extension of time to and including July 13, 2009, to answer or otherwise respond to plaintiffs' complaint.

DATED: __June 2_____, 2009

_____
HON. PHYLLIS J. Hamilton
United States District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

///

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT; and NOTICE OF VOLUNTARY DISMISSAL**

CV-09-1450-PJH      3

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS
GEORGE K. SHAMIEH, CO–TRUSTEE OF THE FAMILY TRUST
DATED 01/15/1994 AND DENNIS LEE ADAMS**

**NOTICE IS HEREBY GIVEN** that plaintiffs LES JANKEY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES, by and through their undersigned counsel of record, pursuant to Fed.R.Civ. P. 41(a)(1)(i), voluntarily dismiss defendants GEORGE K. SHAMIEH, CO-TRUSTEE OF THE FAMILY TRUST DATED 01/15/1994 and DENNIS LEE ADAMS, from the above-captioned matter without prejudice.

Plaintiffs have been informed by the attorney of record for defendants' that defendants GEORGE K. SHAMIEH, CO-TRUSTEE OF THE FAMILY TRUST DATED 01/15/1994 and DENNIS LEE ADAMS are deceased. Plaintiffs' will amend the complaint to reflect these changes.

Respectfully submitted,


Dated: May 29, 2009                THOMAS E. FRANKOVICH,
                                   *A PROFESSIONAL LAW CORPORATION*


                                   By:  _____/S/_____
                                          Thomas E. Frankovich
                                   Attorneys for Plaintiffs LES JANKEY and
                                   DISABILITY RIGHTS ENFORCEMENT, EDUCATION
                                   SERVICES: HELPING YOU HELP OTHERS