THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
THOMAS E. FRANKOVICH (State Bar #074414)
4328 Redwood Hwy, Suite 300
San Rafael, CA 94903
Telephone:    415/674-8600
Facsimile:     415/674-9900

Attorneys for Plaintiffs
LES JANKEY
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LES JANKEY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br><br>SILVER SPUR BEBE SUE ADAMS; and KATHRYN SHAMIEH CO-TRUSTEE of THE FAMILY TRUST DATED 01/15/1994 ,<br><br>　　　　Defendants. | CASE NO. CV-09-1450-PJH<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT AND ALL PARTIES OF INTEREST:**

Notice is hereby given that the parties to the above-captioned matter have agreed to settlement terms which fully resolve the claims herein.

///

1  The parties respectfully request that all matters currently on calendar be vacated.
2  Dismissal documents will be filed with the Court no later than ninety (90) days from the filing of
3  this notice.

5  Dated: October 13, 2009                  THOMAS E. FRANKOVICH,
                                            ***A PROFESSIONAL LAW CORPORATION***

7                                           By:      /S/ Thomas E. Frankovich
                                                     Thomas E. Frankovich
8                                           Attorneys for LES JANKEY and
                                            DISABILITY RIGHTS ENFORCEMENT,
9                                           EDUCATION SERVICES: HELPING YOU HELP
                                            OTHERS

## CERTIFICATE OR PROOF OF SERVICE BY MAIL

State of California )
) ss
County of Marin )

I, the undersigned, say: I am and was at all times herein mentioned, a resident of the County of San Francisco, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 4328 Redwood Hwy, Suite 300, San Rafael, CA 94903; that on the below date, following normal business practice, I served the foregoing document, described as:

NOTICE OF SETTLEMENT

on the interested parties in this action, conveyed as follows:

☒ by transmitting via facsimile to the fax number(s) set forth below.

addressed to:

Rami S. Shamieh,
**Shamiyeh & Shamieh Attorneys at Law**
112 W. 25th Ave., Ste. 1
San Mateo, CA 94403
(650) 627-8029

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed on October 13, 2009, at San Rafael, California.

Armetrice Cooper
(Original signed)