THOMAS E. FRANKOVICH - (State Bar #074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA   94903
Telephone:   415/674-8600
Facsimile:   415/674-9900

Attorneys for Plaintiffs
LES JANKEY
and DISABILITY RIGHTS,
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES JANKEY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SILVER SPUR, BEBE SUE ADAMS; and KATHRYN SHAMIEH, CO-TRUSTEE of THE FAMILY TRUST DATED 01/15/1994,<br><br>　　　　Defendants. | CASE NO. CV-09-1450-PJH<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

　　　　The parties, by and through their respective counsel, stipulate to dismiss this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**　　　　　　　　　　　　CV-09-1450-PJH

1     Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2 their designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3 pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4     This stipulation may be executed in counterparts, all of which together shall constitute one
5 original document.

6

7 Dated: July 15, 2010                            THOMAS E. FRANKOVICH,
                                                      *A PROFESSIONAL LAW CORPORATION*
8
9                                                  By: /s/Thomas E. Frankovich
                                                          Thomas E. Frankovich
10                                                  Attorney for Plaintiffs LES JANKEY and
                                                 DISABILITY RIGHTS ENFORCEMENT,
11                                                  EDUCATION SERVICES:HELPING YOU HELP
                                                 OTHERS
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///       7/26/10
24 ///
25 ///
26 ///
27 ///
28 ///

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**            CV-09-1450-PJH

-2-

Dated: 7-15, 2010

RAMI S. SHAMIEH,
Shamiyeh & Shamieh Attorneys at Law

By: _____
Rami S. Shamieh
Attorney for Defendants BEBE SUE ADAMS; and
KATHRYN SHAMIEH, CO-TRUSTEE of the
FAMILY TRUST DATED 01/15/1994

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: July 26, 2010

_____
HON. PHYLLIS J. HAMILTON
United States District Judge